UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLEXLATCH LLC,<br><br>    PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:23-CV-06296<br><br>JUDGE ANDREA R. WOOD<br><br>MAGISTRATE JUDGE JEFFREY T. GILBERT |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 83 | shaiceng |
| 86 | yyreach |
| 109 | BYNNIX |
| 114 | WFIST |
| 125 | Fernwehe |
| 134 | AOSIHUI US |
| 142 | lehaha |
| 162 | HaiPingMian |
| 170 | Effulow |

Dated: November 10, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***