**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FLEXLATCH LLC,<br><br>   Plaintiff,<br> v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>   Defendants. | Case No. 23-cv-06296<br><br>Honorable Andrea R. Wood<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF SHRUTI AGGARWAL ISO
DEFENDANT NINGBO YINGLI ELECTRICAL APPLICANCES CO., LTD.'S
MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER**

I, Shruti Aggarwal, declare:

1. I am an associate at the law firm of ScienBiziP, P.C. I am over the age of eighteen years. I make this declaration based upon my personal knowledge and am competent to testify to the matters stated herein.

2. I have reviewed the partial screenshots of the accused listings provided by Plaintiff's counsel as part of their evidence of copyright infringement and counterfeiting. The partial screenshots of the accused product listings provided by Plaintiff's counsel do not contain the alleged copyrighted photographs identified in the Complaint. Attached as **Exhibit 3** is a true and correct copy of the alleged evidence of infringement provided by Plaintiff's counsel including these partial screenshots.

I declare under the penalty of perjury of the United States that the foregoing is true and correct.

Executed on this 22nd day of November 2023, at Los Angeles, California.

2

                                */s/ Shruti Aggarwal*
                                  Shruti Aggarwal