# GROUP EXHIBIT 1

(filed under seal)