UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLEXLATCH LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:23-CV-06296 <br><br> JUDGE ANDREA R. WOOD <br><br> MAGISTRATE JUDGE JEFFREY T. GILBERT |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 10 | Home & Garden & you |
| 16 | MSL Tools Store |
| 17 | Better Living Store |
| 22 | MY Decoration 7.23 Store |
| 30 | WUYUSTA Improvement Tool Store |
| 35 | Happiness Life House Store |
| 41 | Living your life Store |
| 61 | TBCPET OFFICIAL |
| 69 | Zephyrion |
| 73 | guangzhoushidinglemaoyiyouxiangongsi |
| 80 | Oriental Sunshine |
| 85 | litymitzromq |
| 98 | QXLHSBY |
| 101 | HXGNLOMD |
| 122 | EM-US |
| 126 | HEXILIN |
| 133 | KALAMANDA |
| 135 | Aippwi |
| 143 | yuqiu |
| 150 | RUIFUU |
| 160 | BULFULL |

| | |
|---|---|
| **161** | xiao yu er |
| **178** | JIN HONG JIA |
| **183** | againshopping |
| **208** | goodtimebuying |
| **240** | see_first_stores |
| **245** | somon2827 |
| **255** | YUMIPET PET SUPPLIES |
| **267** | dallas |
| **268** | Yerenas |
| **269** | Gregorio |
| **270** | huanledash |
| **271** | Fairnull |
| **275** | iMESTOU |
| **276** | Life House 'S Choice |
| **278** | TXFQZL |
| **279** | opvise |
| **281** | Puhuiying |
| **282** | Jane |
| **284** | DagobertNiko |
| **285** | Beforeyayn |
| **286** | rygai |
| **287** | Chong |
| **289** | COFEST |
| **292** | Virmaxy |
| **293** | Sweetbox |
| **294** | Jing Sai |
| **295** | Edvintorg |
| **297** | Juejuezi |
| **301** | Dreamflower |
| **306** | shenghuangwangshangmao |
| **308** | iaksohdu |
| **332** | Joybuy America Seller 1 |
| **333** | Joybuy America Seller 2 |
| **336** | Joybuy America Seller 5 |
| **337** | Joybuy America Seller 6 |
| **338** | Joybuy America Seller 7 |
| **339** | Joybuy America Seller 8 |
| **340** | Joybuy America Seller 9 |
| **341** | Joybuy America Seller 10 |
| **342** | Joybuy America Seller 11 |
| **343** | Joybuy America Seller 12 |
| **344** | Joybuy America Seller 13 |

| | |
|---|---|
| **345** | Joybuy Express Seller 1 |
| **346** | Joybuy Express Seller 2 |
| **347** | Joybuy Express Seller 3 |
| **348** | Joybuy Express Seller 4 |
| **349** | Joybuy Express Seller 5 |
| **360** | Joybuy Selection Seller 2 |
| **366** | Joybuy Seller 2 |
| **367** | Joybuy Seller 3 |
| **369** | Joybuy Seller 5 |
| **371** | Joybuy Seller 7 |
| **372** | Joybuy Seller 8 |
| **373** | Joybuy Seller 9 |
| **375** | Joybuy Seller 11 |
| **376** | Joybuy Seller 12 |
| **378** | Joybuy Seller 14 |
| **379** | Joybuy Seller 15 |
| **381** | Joybuy Seller 17 |
| **383** | Joybuy Seller 19 |
| **385** | Joybuy Seller 21 |
| **388** | Joybuy Seller 24 |

Dated: November 30, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

*ATTORNEYS FOR PLAINTIFF*