UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLEXLATCH LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:23-CV-06296 <br><br> JUDGE ANDREA R. WOOD <br><br> MAGISTRATE JUDGE JEFFREY T. GILBERT |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 7 | Guangzhou Voyager Pet Products Co., Ltd. |
| 60 | Cinny |
| 64 | Yutinyus |
| 65 | Xuedobey-US |
| 68 | Nancong |
| 70 | Sunhuke-US |
| 72 | Xzhan-US |
| 74 | Penwuyor-US |
| 75 | Prexey |
| 76 | Zaltgag-US |
| 79 | Qinlorgoo |
| 81 | Magwen226 |
| 90 | Chezijuj-US |
| 93 | Trustnice US |
| 99 | dengjiaxiang ggghh |
| 103 | Zhoubinshop-US |
| 105 | AIDAAI |
| 110 | BaiFeiEr |
| 112 | Krystand-US |
| 113 | Neufday |
| 115 | ikuso |
| 116 | Nikoo Directed |
| 119 | beasnanier-US |
| 121 | Cxfutai-US |

| | |
|---|---|
| 124 | Seyoys |
| 127 | shanxiliwusikejiyouxiangongsi |
| 129 | Zenxiue-US |
| 130 | kisuin |
| 131 | Kifdiifgoso |
| 132 | Xiecaiboe-US |
| 138 | Hupenwa-US |
| 140 | Oumato |
| 141 | Danzheki-US |
| 146 | Yinoua-us |
| 149 | Yokuna |
| 154 | ShenZhenShiXiaoYue |
| 156 | Vinnat us |
| 158 | Lafermy-US |
| 164 | Minnya |
| 165 | Daidxours-US |
| 166 | Wandisy |
| 171 | Likeets |
| 173 | laijingus |
| 174 | Furnoore |
| 175 | Heergiu55 |
| 176 | Nitrip |
| 177 | ktprniy US |
| 182 | ademoisupup |
| 194 | beilangopp |
| 197 | dhgtrj33 |
| 204 | excellbuying |
| 210 | hantune |
| 213 | Hiraesipu |
| 215 | industrial_shop |
| 218 | jiashiluo |
| 221 | lilifeparts |
| 233 | quanenqu |
| 248 | KaiChengGOGO |
| 249 | tommybebest |
| 254 | xovo1894 |
| 264 | XIUGOUDUOLA |
| 265 | Bosixty |
| 266 | wishlistbester |
| 272 | SUNYOK |
| 273 | Modika Co.Ltd |
| 274 | Li Ran E-Commerce Co., Ltd |
| 277 | UJUNAOR |
| 298 | Heguoyu |
| 305 | BBASILIYSDYM |
| 309 | DaiHeng |
| 310 | Ruifaya |
| 335 | Jinan Nanju Network Technology Co., LTD |

2

| | |
|---|---|
| **350** | Shenzhen Wish List network Technology Co., LTD |
| **351** | Shenzhen Wish List network Technology Co., LTD |
| **352** | Shenzhen Wish List network Technology Co., LTD |
| **353** | Shenzhen Wish List network Technology Co., LTD |
| **355** | Guangzhou British trading Co., LTD walmart.com |
| **356** | Guangzhou British trading Co., LTD walmart.com |
| **357** | Guangzhou British trading Co., LTD walmart.com |
| **358** | Guangzhou British trading Co., LTD walmart.com |
| **362** | Shenzhen Qianbaiyi electronic Technology Co., LTD |
| **363** | Shenzhen Qianbaiyi electronic Technology Co., LTD |
| **364** | Shenzhen Qianbaiyi electronic Technology Co., LTD |
| **384** | Shenzhen baby to technology Co., LTD |
| **390** | Shenzhen Gaoxun Bo technology Co., LTD |
| **391** | Shenzhen baby to technology Co., LTD |
| **392** | Shenzhen baby to technology Co., LTD |
| **393** | Shenzhen baby to technology Co., LTD |
| **394** | Shenzhen baby to technology Co., LTD |

Dated: December 17, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***